The Honorable James L. Robart

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff <br> v. <br> MARIO PARRA-CETINA, <br> Defendant. | NO. CR 18-202 JLR <br><br> **PROTECTIVE ORDER** |

This matter comes before the Court on the United States' Stipulated Motion for a Protective Order regarding discovery materials, as permitted by Fed. R. Crim. P. 16(d). Having considered the record and files herein, the Court finds there is good cause to grant the stipulated motion, and hence:

IT IS HEREBY ORDERED that the discovery materials discussed in the Motion for the Protective Order and referred to therein as "Protected Material," marked specially as "Produced Subject to a Protective Order," may be produced to defense counsel in this case.

IT IS FURTHER ORDERED that possession of Protected Material is limited to the attorney(s) of record in this case, and to any investigators, expert witnesses, and other agents the attorney(s) of record hire in connection with this case. The attorney(s) of

PROTECTIVE ORDER / *United States v. Parra-Cetina* - 1

1  record, and their investigators, expert witnesses, and other agents (collectively, the
2  "defense team") may review Protected Material with the defendant. The defendant may
3  inspect and review Protected Material, but shall not be allowed to possess, photograph, or
4  record Protected Material.
5      IT IS FURTHER ORDERED that defense counsel shall not provide Protected
6  Material to any other person outside his/her law office or the defense team, including the
7  defendant. A copy of the Protected Material shall not be sent to the Federal Detention
8  Center.
9      IT IS HEREBY FURTHER ORDERED that the defendant, the defense team, and
10 others to whom disclosure of the content of the Protected Material may be necessary to
11 assist with the preparation of the defense, shall not disclose the Protected Material or its
12 contents, other than as necessary for the preparation of defenses at trial and in subsequent
13 appellate proceedings, if necessary.
14     IT IS FURTHER ORDERED that if defense counsel finds it necessary to file any
15 documents marked as Protected Material, the material shall be filed under seal with the
16 Court.
17     Nothing in this Protective Order prohibits defense counsel from showing the
18 Protected Material, or reviewing its contents, with the defendant or with others to whom
19 disclosure may be necessary to assist with the preparation of the defense at trial and in
20 subsequent appellate proceedings, if necessary.
21     Nothing in this Protective Order prohibits defense counsel from disputing the
22 designation of material as Protected Material and, if agreement cannot be reached
23 between the parties, seeking a determination by this Court.
24 //
25 //
26 //
27 //
28 //

At the conclusion of the case, the Protective Material shall be returned to the United States, or destroyed, or otherwise stored in a manner to ensure that it is not subsequently duplicated or disseminated in violation of this Protective Order.

DATED this 26th day of August, 2018.

HON. JAMES L. ROBART
United States District Judge

Presented by:

/s/Amy Jaquette
AMY JAQUETTE
Assistant United States Attorney

/s/Jessica Manca
JESSICA MANCA
Special Assistant United States Attorney

/s/Gabriel Banfi
GABRIEL BANFI
Attorney for Defendant Mario Parra-Cetina

# CERTIFICATE OF SERVICE

I hereby certify that on August 23, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the attorney(s) of record for the defendant(s).

/s/ *Becky Hatch*
BECKY HATCH
Legal Assistant
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101
Phone: (206) 553-4161
Fax: (206) 553-4440
Email: Becky.Hatch@usdoj.gov