The Hon. James L. Robart

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> MARIO PARRA-CETINA, <br><br> Defendant. | NO. CR18-202-JLR <br><br> [PROPOSED] *(signed)* <br><br> **FINAL ORDER OF FORFEITURE** |

THIS MATTER comes before the Court on the United States' Motion for Entry of a Final Order of Forfeiture for the following property:

- Approximately $1,050 in U.S. currency seized from Defendant Mario Parra-Cetina's apartment on or about August 9, 2018.

The Court, having reviewed the United States' motion, as well as the other pleadings and papers filed in this matter, HEREBY FINDS that entry of a Final Order of Forfeiture is appropriate for the following reasons:

- In the Plea Agreement that Defendant Parra-Cetina entered on November 18, 2018, he agreed to forfeit his interest in the above-listed currency, (Dkt. No. 24, ¶ 8);

Final Order of Forfeiture - 1
*United States v. Parra-Cetina,* CR18-202-JLR

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

- On January 25, 2019, the Court entered a Preliminary Order of Forfeiture finding the above-listed currency forfeitable pursuant to 21 U.S.C. § 853(a) and forfeiting the Defendant's interest in the currency, (Dkt. No. 32);
- Thereafter, the United States published notice of the pending forfeiture as required by 21 U.S.C. § 853(n)(1) and Federal Rule of Criminal Procedure 32.2(b)(6)(C), (Dkt. No. 37); and
- The time for filing third-party petitions has expired, and none were filed.

NOW, THEREFORE, THE COURT ORDERS:

1. No right, title, or interest in the above-listed currency exists in any party other than the United States;

2. The currency is fully and finally condemned and forfeited, in its entirety, to the United States; and

///
///
///

Final Order of Forfeiture - 2
*United States v. Parra-Cetina,* CR18-202-JLR

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

3. The United States Department of Justice, the Bureau of Alcohol, Tobacco, Firearms and Explosives, and/or their representatives, are authorized to dispose of the currency in accordance with the law.

IT IS SO ORDERED.

DATED this 27th day of September, 2019.

THE HON. JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

Presented by:

/s/ Neal B. Christiansen
NEAL B. CHRISTIANSEN
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101
(206) 553-4169
Neal.Christiansen2@usdoj.gov

Final Order of Forfeiture - 3
*United States v. Parra-Cetina*, CR18-202-JLR

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970